[Civil No. 801.]

S. H. VAN SLYCK et al., Appellants, v. JOHN L. ALEX-
ANDER, Appellee.

APPEAL from the District Court of the Second Judicial
District in and for the County of Graham.   F. M. Doan,
Judge.

J. S. Sniffen, and William Lovell, for Appellants.

Edwards & McFarland, for Appellee.

January 20, 1903.   Dismissed.

---

[Criminal No. 164.]

SIMON ALDERETE, Appellant, v. TERRITORY OF ARI-
ZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai.   R. E. Sloan,
Judge.

No appearance for Appellant.

E. W. Wells, Attorney-General, for Respondent.

March 20, 1903.   Affirmed.

THE COURT.—The defendant, Simon Alderete, was tried
and convicted at the June term, 1902, of the district court
of Yavapai County of the crime of murder in the first degree,
and is under sentence of death.   We have before us only a
transcript of the record in this case.   There is no bill of excep-
tions or statement of facts.   No brief has been filed, or assign-
ment of errors, and we are not advised of what the appellant
complains of or relies upon for a reversal.   We have made a
careful examination of the record, but can discover no error
which would warrant a reversal of the judgment of the court
below.   The judgment will therefore be affirmed.